**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000426
04-APR-2013
09:11 AM**

NO. CAAP-11-0000426

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


HELEN E. PAGLINAWAN, INDIVIDUALLY AND AS THE
TRUSTEE OF THE HELEN E. PAGLINAWAN,
A REVOCABLE LIVING TRUST,
Plaintiff-Appellee,

vs.

MICHAEL S.C. ROMPEL AND KARLA LIMA ROMPEL,
Defendants-Appellants


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC10-1-9873)


ORDER DENYING PLAINTIFF-APPELLEE'S
MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Reifurth and Ginoza, JJ.)

Upon consideration of "Plaintiff-Appellee Helen E.

Paglinawan, Individually and as the Trustee of the Helen E.

Paglinawan, a Revocable Living Trust's Motion for

Reconsideration" filed March 27, 2013, the papers in support of

the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, April 4, 2013.

Presiding Judge

Associate Judge

Associate Judge